LOCKE LORD BISSELL & LIDDELL LLP
John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Amber L. Harley (SBN: 245060)
aharley@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
EXECUTIVE TRUSTEE SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA MENDOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>EXECUTIVE TRUSTEE SERVICES, LLC, DOE 1, and DOES 2-50, inclusive,<br><br>    Defendants. | CASE NO. EDCV08-1707<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EXECUTIVE TRUSTEE SERVICES, LLC'S MOTION TO DISMISS**<br><br>Honorable Stephen G. Larson<br><br>Date:  March 2, 2009<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Filed Concurrently with:**<br>**1. Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities**<br>**2. Declaration of Amber L. Harley** |

1

[Proposed] Order Granting Defendant Executive Trustee Services, LLC's Motion to Dismiss
*Mendoza v. Executive Trustee Services, LLC,* Case No. EDCV08-1707

The Court, having considered the Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Civil Procedure 9(b) filed by Defendant Executive Trustee Services, LLC, hereby GRANTS the Motion to Dismiss and ORDERS that:

1.  Count Two alleging "unfair debt collection practices" is hereby dismissed with prejudice as to the following claims:

    (a)  Plaintiff's claim pursuant to California's Rosenthal Fair Debt Collection Practices Act, including but not limited to California Civil Code §§ 1788(e) and (f), is hereby dismissed with prejudice because Plaintiff has failed to state a claim;

    (b)  Plaintiff's claim pursuant to the Federal Fair Debt Collections Act, 15 U.S.C. §§ 1692, *et seq.*, is hereby dismissed with prejudice because Plaintiff has failed to state a claim;

    (c)  Plaintiff's claim pursuant to the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601-2617, is hereby dismissed with prejudice because Plaintiff has failed to state a claim.

2.  Count Three alleging "predatory lending practices" is hereby dismissed with prejudice as to the following claims:

    (a)  Plaintiff's claim pursuant to the Home Ownership and Equity Protection Act, 15 U.S.C. § 1637, is hereby dismissed with prejudice because Plaintiff has failed to state a claim;

    (b)  Plaintiff's claim pursuant to the Truth in Lending Act, 15 U.S.C. § 1601, and its implementing regulation, Regulation Z, 12 C.F.R. part 226, is hereby dismissed with prejudice because Plaintiff has failed to state a claim;

    (c)  Plaintiff's claim pursuant to the Federal Trade Commission Act, 15 U.S.C. §§ 41-58, is hereby dismissed with prejudice because Plaintiff has failed to state a claim and because no private right of action exists under this statute.

3.  Count Four alleging RICO violations pursuant to 18 U.S.C. §§ 1961, *et seq.* is hereby dismissed with prejudice because Plaintiff has failed to state a claim for

2

[Proposed] Order Granting Defendant Executive Trustee Services, LLC's Motion to Dismiss
*Mendoza v. Executive Trustee Services, LLC,* Case No. EDCV08-1707

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1  violation of RICO and because Plaintiff failed to state a RICO claim with sufficient
2  particularity.
3
4  **IT IS SO ORDERED.**
5
6
7
8  DATED: _____
9                                                                Hon. Stephen G. Larson
                                                                  United States District Court Judge
                                                                  Central District of California

CHI1 1549423v.1

3

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071