O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

JS - 6

Case No.    ED CV 08-01707-SGL(JWJx)                      Date:  January 9, 2009

Title:        ROSAURA MENDOZA -v- EXECUTIVE TRUSTEE SERVICES, LLC., ET AL.
========================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

             Jim Holmes                              None Present
             Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None present                             None present

PROCEEDINGS:      ORDER GRANTING MOTION TO DISMISS
                  ORDER VACATING HEARING DATE

        On December 2, 2008, defendants filed a motion to dismiss all the claims in the complaint. The caption on defendants' motions showed that the hearing on them was noticed for March 2, 2009.  Thereafter defendants filed on December 9, 2008, a motion to expunge lis pendens, which was noticed for a hearing on March 2, 2009.  The Court thereafter re-scheduled the hearing on both motions to January 26, 2009.  In the order re-scheduling the matter to the present hearing date, plaintiff was specifically apprised that she had until January 5, 2009, to file an opposition to the motions.

        This district's Local Rules provide that "[e]ach opposing party shall, not later than ten (10) days after service of the motion in the instance of a new trial motion and not later than fourteen (14) days before the date designated for the hearing of the motion in all other instances."  <u>See</u> Local Rule 7-9.  Accordingly, plaintiff had until January 5, 2009, to file an opposition to defendant's motions.  The time for plaintiff to file her opposition has come and gone without her doing so.

        Plaintiff's failure to file an opposition to defendant's motion to dismiss or motion to expunge is deemed by this Court as plaintiff's consent to the granting of the same.  <u>See</u> Local Rule 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion"); <u>see also</u> <u>Ghazali v. Moran</u>, 46 F.3d 52, 53-54 (9th Cir. 1995) (holding that district court did not err in summarily granting defendants' motion to

MINUTES FORM 90                                              Initials of Deputy Clerk: jh
CIVIL -- GEN                        1

dismiss pursuant to a local rule where the pro se plaintiff had time to respond to motion but failed to do so).

Accordingly, defendants' motion to dismiss is **GRANTED** and all the claims in the complaint are hereby **DISMISSED**.  Moreover, defendants' motion to expunge is similarly **GRANTED**.

The previously noticed January 26, 2009, hearing on both motions is hereby **VACATED**.

IT IS SO ORDERED.

ED CV 08-01707-SGL(JWJx)
ROSAURA MENDOZA v EXECUTIVE TRUSTEE SERVICES, LLC., ET AL.
MINUTE ORDER of January 9, 2009